946 A.2d 645

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Brian William HOKE, Jr., Petitioner.**

Supreme Court of Pennsylvania.

April 15, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the mandatory minimum sentencing provisions of 35 P.S. § 780–113(k) apply to a conviction for conspiracy to manufacture a controlled substance.

Justice Todd did not participate in the consideration or decision of this matter.